Form 177 – fnldec

# UNITED STATES BANKRUPTCY COURT

District of New Jersey  
402 East State Street  
Trenton, NJ 08608

Case No.:  23−10683−KCF  
Chapter:  7  
Judge:  Kathryn C. Ferguson

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):  
   Solar−Mite Electrical Contractors  
   922 King George Road  
   Fords, NJ 08863

Social Security No.:

Employer's Tax I.D. No.:  
   22−2229931

## FINAL DECREE

    The estate of the above named debtor(s) has been fully administered.

    If this case is a Chapter 11 or 13, the deposit required by the plan will be distributed, and it is

    ORDERED that John Michael McDonnell is discharged as trustee of the estate of the above named debtor(s) and the bond is canceled; and the case of the above named debtor(s) is closed.

Dated: <u>March 28, 2023</u>          <u>Kathryn C. Ferguson</u>  
                                      Judge, United States Bankruptcy Court